IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: ]
    ]
    SHANNON L. SCOTT, ]
    ]
and ] Case No. 13-21314
    ]
    KENNETH I. SCOTT, ]
    ]
        Debtors. ]

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Mazuma Credit Union (Creditor), and for its Motion for Relief from Automatic Stay states:

1. Shannon L. Scott and Kenneth I. Scott (Debtors) are indebted to Creditor in the amount of $4,039.92 as of the date of filing.

2. The debt described in paragraph 1 is secured by a lien in favor of Creditor on a 2003 Toyota Highlander, VIN JT2BF22K4Y0243042 (Vehicle). A copy of the Loanliner Open-End Voucher and Security Agreement whereby the lien was granted and the Kansas Registration evidencing perfection of the lien are attached hereto as Exhibits 1 and 2.

3. Creditor requires Debtors insure the Vehicle to prevent diminution to its value.

4. Debtors failed to maintain insurance on the vehicle.

5. Debtor's failure to provide evidence the Vehicle is insured leaves Creditor without adequate protection for it.

6. 11 U.S.C. Section 362 (d) provides: That on request of a party in interest and after notice and a hearing, the Court shall grant relief from the stay provided under subsection (a) of

[Section 362], such as by terminating, annulling, modifying, or conditioning such stay for cause, including the lack of adequate protection of an interest in property of such party in interest…

WHEREFORE, Creditor prays this Court for its Order terminating the Automatic Stay and allowing it to repossess and sell the Vehicle, file a proof of claim for any deficiency, and pay any surplus to the Chapter 13 Trustee.

KUSNETZKY, SCHWARTZ, ROSENFELD,<br>
SAILLER & LILLA, P.C.

By: /s/ Leslie K. Rosenfeld
    L.K. Rosenfeld, #33238
    9201 Ward Parkway, #304
    Kansas City, Missouri 64114-0579
    (816) 822-7177
    Fax No. (816) 822-7189

ATTORNEYS FOR CREDITOR

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2013, a true and correct copy of the above and foregoing Motion was sent via U.S. Mail, postage prepaid, to Jeffrey L. Wagoner, Esq., 3100 Broadway, Ste. 1420, Kansas City, MO 64111; William H. Griffin, Esq., 6330 Lamar, Ste. 100, Overland Park, KS 66202; and Shannon L. and Kenneth I. Scott, P.O. Box 4772, Overland Park, KS 66204.

    /s/ Leslie K. Rosenfeld
    L. K. Rosenfeld

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: ]
 ]
    SHANNON L. SCOTT, ]
 ]
and ] Case No. 13-21314
 ]
    KENNETH I. SCOTT, ]
 ]
        Debtors. ]

## SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

The following exhibits in reference to the Motion for Relief from Automatic Stay filed on behalf of Mazuma Credit Union are available upon request:

1. Loanliner Open-End Voucher and Security Agreement and dated February 15, 2008.

2. Kansas Registration for 2003 Toyota Highlander.

                              KUSNETZKY, SCHWARTZ, ROSENFELD,
                              SAILLER & LILLA, P.C.


                              By: /s/ Leslie K. Rosenfeld
                                L.K. Rosenfeld, #33238
                                9201 Ward Parkway, #304
                                Kansas City, Missouri 64114-0579
                                (816) 822-7177
                                Fax No. (816) 822-7189

                              ATTORNEYS FOR CREDITOR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2013, a true and correct copy of the above and foregoing Summary, with Exhibits, was sent via U.S. Mail, postage prepaid, to Jeffrey L. Wagoner, Esq., 3100 Broadway, Ste. 1420, Kansas City, MO 64111; William H. Griffin, Esq., 6330 Lamar, Ste. 100, Overland Park, KS 66202; and Shannon L. and Kenneth I. Scott, P.O. Box 4772, Overland Park, KS 66204.

                              /s/ Leslie K. Rosenfeld
                              L. K. Rosenfeld