**Form defo**  (Revised 12/01/2009)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 13−21314 | Chapter: 13

In re:

Shannon L Scott
P.O. Box 4772
Overland Park, KS 66204

Kenneth l Scott
P.O. Box 4772
Overland Park, KS 66204

SSN: xxx−xx−7606

SSN: xxx−xx−9931

| Entered By The Court 7/3/13 | **ORDER TO CORRECT DEFECTIVE PLEADING(S)** | **Filed By The Court** 7/3/13 David D. Zimmerman Clerk of Court US Bankruptcy Court |

The following pleading was filed in this matter and is defective for the following reason(s):

*25* – Notice of Hearing re Motion for Relief from Stay re 2003 Toyota Highlander Filed by Leslie K. Rosenfeld on behalf of Mazuma Credit Union (RE: related document(s)24 Motion for Relief from Stay re 2003 Toyota Highlander. Fee Amount $176, Filed on behalf of Creditor Mazuma Credit Union, with Certificate of Service.) Hearing to be held on 8/20/2013 at 01:30 PM KC Room 151 for 24, (Rosenfeld, Leslie)

Notice was filed using the incorrect event code in ECF. Please file a Notice of Withdraw for document #25 and refile the Notice using the correct event code in ECF located under "notices" and then by selecting "objection deadline"

The Clerk of the United States Bankruptcy Court will take no further action and no hearing will be scheduled on the court's calendar until the filer corrects the above−described deficiency. Your motion or application will not be heard until you give proper notice.

The person filing the pleading is ordered to correct all deficiencies listed above within fourteen (14) days of the date hereof. Failure to timely comply will result in this matter being set on the Court's Show Cause Docket or the motion or application denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 26 − 25

s/ David D. Zimmerman
Clerk, United States Bankruptcy Court