# Notice Recipients

District/Off: 1083−2     User: knicole     Date Created: 7/3/2013
Case: 13−21314     Form ID: defo     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Leslie K. Rosenfeld     les@kusnetzky.com

TOTAL: 1