IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ] | |
| | ] | |
| SHANNON L. SCOTT and | ] | Case No. 13-21314 |
| KENNETH I. SCOTT, | ] | |
| | ] | |
| Debtors. | ] | |

WITHDRAWAL OF NOTICE
NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING
ON MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW MOVANT, Mazuma Credit Union and hereby withdraws its Notice with Opportunity for Non-Evidentiary Hearing on Motion for Relief from Automatic Stay, Doc. No. 25.

.

        KUSNETZKY, SCHWARTZ, ROSENFELD,
        SAILLER & LILLA, P.C.

        By:__/s/ Leslie K. Rosenfeld_____
         L.K. Rosenfeld, #33238
         9201 Ward Parkway, #304
         Kansas City, Missouri 64114-0579
         (816) 822-7177
         Fax No. (816) 822-7189

        ATTORNEYS FOR CREDITOR

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2013, a true and correct copy of the above and foregoing Withdrawal, was sent via U.S. Mail, postage prepaid, to Jeffrey L. Wagoner, Esq., 3100 Broadway, Ste. 1420, Kansas City, MO 64111; William H. Griffin, Esq., 6330 Lamar, Ste. 100, Overland Park, KS 66202; and Shannon L. and Kenneth I. Scott, P.O. Box 4772, Overland Park, KS 66204.

        _/s/ Leslie K. Rosenfeld_____
        L. K. Rosenfeld