IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                        ]
                                              ]
   SHANNON L. SCOTT and                    ]    Case No. 13-21314
   KENNETH I. SCOTT,                       ]
                                              ]
        Debtors.                        ]

## CORRECTED
## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

    NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before August 14, 2013, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline, and no hearing will be held.

    If you file a timely objection, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on August 20, 2013, at 1:30 p.m., or soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

                        KUSNETZKY, SCHWARTZ, ROSENFELD,
                        SAILLER & LILLA, P.C.


                        By:__/s/ Leslie K. Rosenfeld_____
                          L.K. Rosenfeld, #33238
                          9201 Ward Parkway, #304
                          Kansas City, Missouri 64114-0579
                          (816) 822-7177
                          Fax No. (816) 822-7189

                        ATTORNEYS FOR CREDITOR

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 3rd day of July, 2013, a true and correct copy of the above and foregoing Summary, with Exhibits, was sent via U.S. Mail, postage prepaid, to Jeffrey L. Wagoner, Esq., 3100 Broadway, Ste. 1420, Kansas City, MO 64111; William H. Griffin, Esq., 6330 Lamar, Ste. 100, Overland Park, KS 66202; and Shannon L. and Kenneth I. Scott, P.O. Box 4772, Overland Park, KS 66204.

                         _/s/ Leslie K. Rosenfeld_____
                         L. K. Rosenfeld