## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re: Shannon L Scott

Case No. 13-21314-13

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
### ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U. S. Bankruptcy Court at Kansas City, Kansas, on or before July 29, 2013, the Court will enter an order prepared and submitted by the movant within fourteen (14) days of the objection deadline and no hearing will be held. If you file a timely objection, a nonevidentiary hearing will be held before the U. S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on August 20, 2013, at _1:30 PM, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order, in advance, signed by all parties or their counsel.

Huelson Law Firm LLC

s/ L. Donald Huelson

_____

L. Donald Huelson # 17875
16029 S Bradley
Olathe, KS 66062
(913) 254-1400
ATTORNEY FOR MOVANT
The Rent Company

### CERTIFICATE OF MAILING

I hereby certify that copies of the Notice With Opportunity for Hearing together with copies of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY were deposited in the United States mail, postage prepaid, on July 8, 2013 , addressed to:

**Shannon L Scott**
**PO Box 4772**
**Overland Park, KS 66204**

**Shannon L Scott**
**9306 W 76th Terrace**
**Overland Park, KS 66204**

**Jeffrey L Wagoner**
**3100 Broadway, Ste 1420**
**Kansas City, MO 64111**

s/ L Donald Huelson

_____

**L Donald Huelson**