# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

| | | |
|---|---|---|
| KENNETH L. SCOTT | ) | |
| SHANNON L. SCOTT | ) | CASE NO: 13-21314 |
| | ) | CHAPTER 13 |
| DEBTOR(S). | ) | |

## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY THE RENT COMPANY

COME NOW Debtors, Kenneth L. & Shannon L. Scott, by and through counsel and for their Response to the Motion for Relief from Automatic Stay filed by The Rent Company., state as follows:

1) Debtors dispute the arrearage amount referenced in the Motion for Relief. Debtors Counsel will contact Counsel for The Rent Company to determine the validity of the default.

WHEREFORE, Debtors pray the Court to deny the relief sought in Movant's Motion for Relief from Automatic Stay and for such other relief as the Court deems just and proper.

Dated: 07/29/2013

Respectfully submitted,
WM Law,
s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, KS 17489
3100 Broadway, Suite 1420
Kansas City, MO 64111
(816) 756-1144 / Fax (816) 756-1163
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

L. Donald Huelson, Counsel for The Rent Company
16029 S. Bradley
Olathe, KS 66062

s/ Jeffrey L. Wagoner