IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Kenneth L. Scott )
       Shannon L. Scott ) Case No.: 13-21314-13
)
Debtors )

## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY MAZUMA CREDIT UNION

**COME NOW** Debtors, Kenneth L. & Shannon L. Scott, by and through their counsel, Jeffrey L. Wagoner and for their Response to the Motion for Relief from Automatic Stay filed by Mazuma Credit Union, state as follows:

1) Debtors' counsel has supplied Mazuma Credit Union's attorney the verification of coverage on the 2003 Toyota Highlander via fax.

**WHEREFORE**, Debtors pray the Court to deny the relief sought in Movant's Motion for Relief from Automatic Stay and for such other relief as the Court deems just and proper.

Dated: 08/08/2013

Respectfully submitted,
WM Law,

s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, KS 17489
3100 Broadway, Suite 1420
Kansas City, MO 64111
(816) 756-1144 / Fax (816) 756-1163
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2013, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Lesleie K. Rosenfeld
L.K. Rosenfelf, #33238
9201 Word Parkway, Suite 304
Kansas City, Missouri 64114-7189

s/ Jeffrey L. Wagoner