**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 13th day of August, 2013.**




Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHANNON L. SCOTT, | ) | |
| | ) | |
| and | ) | Case No. 13-21314 |
| | ) | |
| KENNETH L. SCOTT, | ) | |
| | ) | |
| Debtors. | ) | |

ORDER GRANTING VANCE HADORN'S MOTION FOR RELIEF FROM STAY
UNDER 11 U.S.C. § 362

1. Vance Hadorn's ("Movant") Motion for Relief from Automatic Stay was noticed with an opportunity for hearing but no objections were filed and no hearing was held.

2. This Order applies to the residential real property located at 8527 Sterns Ave., Overland Park, KS 66214 (the "Property").

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable (the "Stay") is/are terminated as to Debtors and Debtors' bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant"). Movant may

1

immediately enforce his remedies to obtain possession of the Property as well as post-filing rents in accordance with applicable non-bankruptcy law.

4. The Court further orders as follows:
    a. The Stay is annulled retroactive to the petition date. Any postpetition acts taken by Movant to enforce his remedies to obtain possession of the Property shall not constitute a violation of the Stay.
    b. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    c. All provisions of this Order also apply to relief from the co-debtor stay under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.
    d. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

# # #

Respectfully Submitted,

s/ Anthony E. LaCroix
Anthony E. LaCroix   KS # 24279
LACROIX LAW
4235 Baltimore Avenue
Kansas City, Missouri 64111
Telephone: (816) 399-4380
Fax: (816) 399-4380
Email: tony@lacroixlawkc.com
ATTORNEY FOR MOVANT
VANCE HADORN

s/ William H. Griffin
William H. Griffin
6330 Lamar, Ste. 100
Overland Park, KS 66202
CHAPTER 13 TRUSTEE

Order submitted pursuant to D. Kan LBR 9074.1

_____
Jeffrey L. Wagoner,
3100 Broadway, Ste. 1420
Kansas City, MO 64111
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTORS

2

```
                            United States Bankruptcy Court
                                  District of Kansas
In re:                                                          Case No. 13-21314-RDB
Shannon L Scott                                                 Chapter 13
Kenneth l Scott
        Debtors                  CERTIFICATE OF NOTICE
District/off: 1083-2        User: knicole          Page 1 of 2        Date Rcvd: Aug 13, 2013
                            Form ID: pdf020        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2013.
db/jdb        +Shannon L Scott,    Kenneth l Scott,    P.O. Box 4772,    Overland Park, KS 66204-0772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2013**            **Signature:**         _Joseph Speetjens_

```
District/off: 1083-2           User: knicole          Page 2 of 2              Date Rcvd: Aug 13, 2013
                               Form ID: pdf020        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2013 at the address(es) listed below:

```
          Anthony E LaCroix    on behalf of Interested Party Vance   Hadorn tony@LaCroixLawKC.com
          Jeffrey L. Wagoner    on behalf of Joint Debtor Kenneth l Scott bankruptcy@wagonergroup.com,
           wmlawbankruptcy@gmail.com
          Jeffrey L. Wagoner    on behalf of Debtor Shannon L Scott bankruptcy@wagonergroup.com,
           wmlawbankruptcy@gmail.com
          L Donald Huelson    on behalf of Creditor   The Rent Company dhuelson@huelsonlawfirm.com
          Leslie K. Rosenfeld    on behalf of Creditor   Mazuma Credit Union les@kusnetzky.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 7
```