IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Kenneth L. Scott )
       Shannon L. Scott ) Case No.: 13-21314-13
                Debtors )

## AMENDED CHAPTER 13 PLAN

    COME NOW Debtors, Kenneth L. Scott and Shannon L. Scott, by and through counsel, and amend their Chapter 13 Plan to reflect the following:

1.     Debtors hereby amend their plan to reject the two leases listed below:
    a.   The Rent Company     9306 W. 76th Terrace, OPKS 66204
    b.   Vance Hadorn            8527 Stearns, OPKS 66214

2.     All other provisions of Debtors' Chapter 13 plan shall remain the same.

Dated: 09/06/2013                 Respectfully submitted,
                                          W M Law

                                          s/ Jeffrey L. Wagoner
                                          Jeffrey L. Wagoner, KS 17489
                                          3100 Broadway, Suite 1420
                                          Kansas City, MO 64111
                                          (816) 756-1144 / Fax (816) 756-1163
                                          bankruptcy@wagonergroup.com
                                          ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Friday, September 06, 2013 by providing an electronic copy to William H. Griffin, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

See attached mailing matrix.

                                          s/ Jeffrey L. Wagoner

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
## ON DEBTORS' AMENDED CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **September 27, 2013** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on **October 22, 2013** at 9:30 a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Respectfully submitted,
WM Law,
s/ Jeffrey L. Wagoner
Jeffrey L. Wagoner, KS 17489
3100 Broadway, Suite 1420
Kansas City, MO 64111
(816) 756-1144 Fax (816) 756-1163
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 13-21314<br>District of Kansas<br>Kansas City<br>Thu Sep  5 16:02:42 CDT 2013 | Mazuma Credit Union<br>c/o Leslie K. Rosenfeld<br>9201 Ward Parkway, Ste. 304<br>Kansas City, MO 64114-3309 | The Rent Company<br>c/o Huelson Law Firm LLC<br>16029 S Bradley<br>OIathe, KS 66062-3932 |
| Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | Advance America<br>11958 Shawnee Mission Parkway<br>Shawnee, KS 66216-1865 | Affiliated Management Service<br>5651 Broadmoor<br>Mission, KS  66202-2407 |
| Ameri Best LLC<br>dba Ameribest Payday Loans<br>12705 S Mur-Len Rd<br>Olathe, KS 66062-1295 | American Payday Loans<br>10250 W. 75th Street<br>Overland Park, KS 66204-2230 | Berrien County, Michigan<br>Treasurer's Office<br>701 Main Street<br>Saint Joseph, MI 49085-1316 |
| Berrien Teacher's Credit Union<br>PO Box 181586<br>Saint Joseph, MI  49085 | Best Service<br>10780 Santa Monica Blvd<br>Suite 140<br>Los Angeles, CA 90025-7613 | CCA<br>PO Box 5012<br>Norwell, MA 02061-5012 |
| Citifinancial<br>PO Box 8021<br>South Hackensack, NJ  07606 | Collection Bureau Center<br>2355 Red Rock St<br>Suite 200<br>Las Vegas, NV  89146-3106 | Credit Management Corporation<br>PO Box 118288<br>Carrollton, TX 75011-8288 |
| Evans & Mullinix PA<br>7225 Renner Rd, Suite 200<br>Shawnee, KS 66217-3046 | First Premier Bank<br>Customer Service<br>PO Box 5524<br>Sioux Falls, SD  57117-5524 | Gay Riordan, et al<br>3500 SW Fairlawn Road<br>Suite 210<br>Topeka, KS 66614-3979 |
| Green Tree Servicign LLC<br>7360 S Kyrene RD<br>Tempe Az 85283-8432 | Green Tree Servicing LLC<br>7360 S Kyrene Rd<br>Tempe Az 85283-8432 | Green Tree Servicing LLC<br>PO Box 6172<br>Rapid City, SD  57709-6172 |
| HSBC Bank<br>PO Box 30253<br>Salt Lake City, UT  84130-0253 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Iron Horse Dentistry<br>5321 W. 151st Street<br>Overland Park, KS 66224-9637 |
| Johnson County Wastewater<br>11811 S. Sunset Drive<br>Suite 2500<br>Olathe, KS  66061-7061 | Kansas Counselors<br>8725 Rosehill Rd<br>Lenexa, KS 66215-4610 | (p)KANSAS DEPARTMENT OF LABOR<br>ATTN LEGAL SERVICES<br>401 SW TOPEKA BLVD<br>TOPEKA KS 66603-3182 |
| Kansas Department of Revenue<br>915 SW Harrison St<br>Topeka, KS  66699-1000 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66601-3005 | Kansas Gas Service<br>PO Box 3535<br>Topeka, KS  66601-3535 |

| | | |
|---|---|---|
| Law Office Of Adam Mack<br>3735 SW Wanamaker Road<br>Suite A<br>Topeka, KS 66610-1396 | Mazuma Credit Union<br>9300 Troost<br>Kansas City, MO 64131-3000 | NCA<br>PO Box 550<br>327 W Fourth<br>Hutchinson, KS 67501-4842 |
| NV Energy<br>2355 Red Rock Suite 200<br>Las Vegas, NV 89146-3106 | NVENERGY<br>C/O CREDIT BUREAU CENTRAL<br>PO BOX 29299<br>LAS VEGAS, NV 89126-3299 | Nationwide Advantage Mortgage Co.<br>1100 Locust St, Dept 2009<br>Des Moines, IA 50391-2009 |
| Nebraska Furniture Mart<br>Inquiries, PO Box 3000<br>Omaha, NE 68114 | QVC<br>Penn Credit<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Quick Cash 001<br>8725 Blue Ridge Blvd<br>Kansas City, MO 64138-4022 |
| Santander Consumer USA<br>8585 N. Stemmons Fwy<br>Suite 1000<br>Dallas, TX 75247-3822 | The Best Service Co Inc<br>6700 S Centinela Ave 3rd Fl<br>Culver City CA 90230-6304 | Time Warner Cable<br>8221 W. 119th St<br>Overland Park, KS 66213-1209 |
| (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Titlemax of Missouri, Inc.<br>7741 Troost Avenue<br>Kansas City, MO 64131-2073 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | US Department Of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | (p)U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 |
| premier bankcard charter<br>po box 2208<br>vacaville ca 95696-8208 | Jeffrey L. Wagoner<br>W M Law<br>3100 Broadway Ste 1420<br>Kansas City, MO 64111-2464 | Kenneth l Scott<br>P.O. Box 4772<br>Overland Park, KS 66204-0772 |
| Shannon L Scott<br>P.O. Box 4772<br>Overland Park, KS 66204-0772 | William H Griffin<br>6330 Lamar, Suite 110<br>Overland Park, KS 66202-4286 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operati<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Kansas Department of Labor<br>401 SW Topeka Blvd<br>Topeka, KS 66603 | TitleMax of Missouri, Inc. d/b/a TitleMax<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 |

| | | |
|---|---|---|
| U.S. Bank<br>PO Box 1800<br>Saint Paul, MN 55101 | (d)US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | US Department of Education<br>501 Bleecker St.<br>Utica, NY 13501 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Vance Hadorn | End of Label Matrix<br>Mailable recipients 52<br>Bypassed recipients 1<br>Total 53 |